IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DILLON WADE THOMPSON,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>    Respondent. | § § § § § § § § § § §     2:14-CV-0139 |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DENYING RESPONDENT'S MOTION TO DISMISS

Came for consideration the Motion to Dismiss filed by respondent WILLIAM STEPHENS on September 30, 2014. On November 7, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be denied. No objections were filed.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, respondent's motion to dismiss is DENIED.

IT IS SO ORDERED.

ENTERED this _3rd_ day of _December_ 2014.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE