IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DILLON WADE THOMPSON, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:14-CV-0139 |
| LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## **JUDGMENT**

Of equal date herewith, the undersigned United States District Judge has entered an Order adopting the Report and Recommendation issued by the United States Magistrate Judge, and denying petitioner's application for a federal writ of habeas corpus.

JUDGMENT IS ENTERED ACCORDINGLY.

ENTERED this ____**28th**____ day of _____**September**_____ 2017.


s/ **Mary Lou Robinson**
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE