IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DILLON WADE THOMPSON, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:14-CV-0139 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## ORDER DENYING ISSUANCE OF A CERTIFICATE OF APPEALABILITY

Having considered the record in this case, the undersigned is of the opinion petitioner has not made a prima facie showing for issuance of a certificate of appealability under 28 U.S.C. section 2253(c)(1). Consequently, for this reason and the reasons stated in the Report and Recommendation and the Order adopting the Report and Recommendation and denying the petition, a Certificate of Appealability is hereby ***denied***.

IT IS SO ORDERED.

ENTERED this __28th__ day of __September__ 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE